# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| JOSHUA COGHILL, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 17-cv-2528-JPM-tmp |
| v. | ) ) | |
| AMISUB (SFH), INC. d/b/a SAINT FRANCIS HOSPITAL and TENET HEALTHCARE CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal with Prejudice filed jointly on December 20, 2018. (ECF No. 66.) The parties stipulate to dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties further "request the Court to enter an order dismissing all of Plaintiff's claims against Defendants in this action with prejudice, with each party to bear its own attorneys' fees, costs, and expenses." The parties' request is well-taken and therefore GRANTED. All of Joshua Coghill's claims against Defendants in this action are DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED**, this 21st day of December, 2018.

 /s/ Jon McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE