# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |  |
|---|---|---|
| CHARLES EVANS and JOSHUA COGHILL, on behalf of themselves and others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | No. 17-cv-2528-JPM-tmp |
| v. | ) ) | |
| AMISUB (SFH), INC. d/b/a SAINT FRANCIS HOSPITAL, | ) ) ) | |
| Defendant. | ) ) ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the parties' Stipulation of Dismissal with Prejudice, filed on December 20, 2018 (ECF No. 66), and the Court having entered an Order of Dismissal (ECF No. 67),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees, costs, and expenses.

**APPROVED:**

/s/ Jon McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

12/21/18
Date